1084

### Carlton B. WALLS v. AMERICAN ROLLING MILL COMPANY et al.
#### No. 6104.

Circuit Court of Appeals, Sixth Circuit.
March 18, 1932.

Geo. S. Wallace, of Huntington, W. Va., for appellant.

Browning & Davis, of Ashland, Ky., Ralph R. Caldwell, of Cincinnati, Ohio, and Caldwell & Gray, of Ashland, Ky., for appellee.

PER CURIAM.
Dismissed pursuant to motion of counsel for appellees.

### Patrick WALSH v. UNITED STATES.
#### No. 6198.

Circuit Court of Appeals, Sixth Circuit.
May 10, 1932.

Donald B. Frederick, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.
Docketed and dismissed pursuant to motion of counsel for appellee.

### Clifford WARD v. UNITED STATES of America.
#### No. 618.

Circuit Court of Appeals, Tenth Circuit.
April 4, 1932.

Austin M. Cowan, of Wichita, Kan., for appellant.

S. M. Brewster, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed on motion of appellant.

### WARREN–NASH MOTOR CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
#### No. 145.

Circuit Court of Appeals, Second Circuit.
June 27, 1932.

Oscar W. Underwood, Jr., and H. C. Kilpatrick, both of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue and J. M. Leinenkugel, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
A consolidated income tax return for the petitioner, a New York corporation, and the Nash-Newark Company, a New Jersey corporation, was filed for the fiscal year 1923. The question presented is whether a net loss suffered by a corporation in the year prior to its affiliation with the petitioner may be carried forward to the next succeeding year in which it was affiliated with the petitioner and applied against the petitioner's net income in computing consolidated net income for such year. The question presented here has been answered by the cases of Commissioner of Internal Revenue v. Ben Ginsburg Co., 54 F.(2d) 238 (decided by this court November 2, 1931) and Swift & Co. v. United States, 38 F.(2d) 365 (Court of Claims), and, upon the authority of these cases, the order must be affirmed.

Order affirmed.